1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8             FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   MATTHEW LOUIS JOHNSON,                    No.  2:17-cv-146-EFB P

11                    Petitioner,

12        v.                                    ORDER

13   UNKNOWN,

14                    Respondent.

15

16        Johnson[1] filed a letter with the court requesting that he be "immediately" released.  ECF

17   No. 1.  The letter, however, is not sufficient to commence a civil action.  To commence a civil

18   action, a party must file a complaint or a petition.  Fed. R. Civ. P. 3; Rule 3, Rules Governing

19   § 2254 Cases; *Woodford v. Garceau*, 538 U.S. 202, 203 (2003).  Accordingly, the court informed

20   Johnson on January 26, 2017, that this matter would be closed if he did not properly commence a

21   civil action within 30 days, by filing a petition for writ of habeas corpus, and either paying the

22   filing fee or filing an application for leave to proceed in forma pauperis pursuant to 28 U.S.C.

23   § 1915(a).  ECF No. 3.  That time period has passed and Johnson has not filed the necessary

24   documents.  He did, however, file a letter to the Clerk of the Court stating that he is "not

25   submitting any writs or petitions," but rather, giving "notice" that CDCR is "failing to comply

26   with the law."  ECF No. 4 at 2.

27   _____

28        [1] Johnson, referred to in the caption for administrative purposes as "Petitioner," is a state
     prisoner proceeding without counsel.

1        As Johnson has not submitted a petition and either paid the filing fee or met the

2  requirements of 28 U.S.C. § 1915(a), there is simply no case before the court.

3        Accordingly, the Clerk of the Court is hereby directed to close this matter.

4  DATED:  March 13, 2017.

5

6                EDMUND F. BRENNAN
                UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28